**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| TFS Electronic Manufacturing Services, Inc., | No. CV-08-271-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| Avocent Corporation, |  |
| Defendant. |  |

Before the Court is Plaintiff's Motion to Withdraw the Reference to the Bankruptcy Court (Dkt. 2).  Plaintiff requests that the Court withdraw the reference pursuant to 28 U.S.C. § 157(d).  This matter having already been transmitted to the District Court (see Dkt. 1), Plaintiff's motion is moot.  Accordingly,

**IT IS HEREBY ORDERED** denying as moot Plaintiff's Motion to Withdraw the Reference to the Bankruptcy Court (Dkt. 2).

DATED this 15th day of February, 2008.

Stephen M. McNamee
United States District Judge