**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| TFS Electronic Manufacturing Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Avocent Corporation, <br><br> Defendant. | No. CV-08-271-PHX-SMM <br><br> **NOTICE OF ERRATA** |

Plaintiff's Motion to Withdraw the Reference to the Bankruptcy Court (Dkt. 2), having been erroneously granted as moot (see Dkt. 7), the Court issues this Notice of Errata.

**IT IS HEREBY ORDERED** vacating the Order dated February 15, 2008 (Dkt. 7). **IT IS FURTHER ORDERED** directing the Clerk of the Court to reopen this matter and reset Plaintiff's Motion to Withdraw the Reference to the Bankruptcy Court (Dkt. 2) as a pending motion.

//
//
//
//

1  **IT IS FURTHER ORDERED** granting Defendant until and including **Friday,**
2  **February 29, 2008** to serve and file a responsive memorandum to Plaintiff's motion.
3  DATED this 19th day of February, 2008.

Stephen M. McNamee
United States District Judge