**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| TFS Electronic Manufacturing Services, Inc., | No. CV-08-271-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Avocent Corporation, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Abate Proceedings (Dkt. 18). The parties inform the Court that they have reached a settlement of their claims in the underlying Adversary Proceeding 06-307 and are in the process of obtaining bankruptcy court approval of their agreement. Such approval would obviate the need for a ruling on the pending Motion to Withdraw the Reference of Adversary Proceeding (Dkt. 2). Accordingly,

**IT IS HEREBY ORDERED** that the parties shall promptly take all action necessary to obtain the dismissal of this case or to request further relief from the Court as such action becomes appropriate.

**IT IS FURTHER ORDERED** that the Court shall make no ruling on pending motions while the parties finalize their settlement.

//

//

**IT IS FURTHER ORDERED** that a status conference shall be scheduled in this matter for **Monday, June 2, 2008 at 3:30 p.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

DATED this 28th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge