**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| TFS Electronic Manufacturing Services, Inc., | No. CV-08-271-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| Avocent Corporation, |  |
| Defendant. |  |

Pursuant to the Stipulation of the parties (Dkt. 22), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Status Conference scheduled for Monday, June 2, 2008 at 3:30 p.m. is vacated.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge